# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 21-01298-JJG-13 |
| David Leigh Mountjoy | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

## WITHDRAWAL OF PROOF OF CLAIM (Claim 11)

    U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust ('Creditor'), by and through their undersigned counsel, hereby withdraws their Proof of Claim (Claim 11).

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2021, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Davina L. Curry, Debtor's Counsel
    thecurrylawfirm@gmail.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 16, 2021, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    David Leigh Mountjoy, Debtor
    1236 Crabapple Road
    Franklin, IN 46131

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (OH 0083702)
                                          Attorney for Creditor