UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2021)

In re:

**David Leigh Mountjoy**,
    Debtor.

Case No. **21–01298–JJG–13**

## NOTICE OF DEFICIENT FILING

A Notice of Withdrawal of Claim was filed on July 16, 2021, by Creditor U.S. Bank Trust National Association as Trustee of.

**NOTICE IS GIVEN** that the document is deficient as follows:

The Notice does not comply with S.D. Ind. B–3006–1(a) by failing to state that:

– No objection to the claim has been filed;

– The claimant is not a defendant in an adversary proceeding in the case; and

– In a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

If the filer cannot make the above statements, a motion to withdraw claim is required pursuant to Fed.R.Bankr.P. 3006 and S.D.Ind. B–3006–1(b).

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 30, 2021, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: July 16, 2021

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court