# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 21-01298-JJG-13 |
| David Leigh Mountjoy | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

## WITHDRAWAL OF PROOF OF CLAIM 11-1

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust ('Claimant'), by and through their undersigned counsel, hereby provides Notice of Withdrawal of Proof of Claim Number 11-1 and in support thereof states:

1. No Objection to the Claim has been filed;

2. The Claimant is not a defendant in an adversary proceed in the case; and

3. The Claimant has not accepted or rejected the plan or otherwise participated significantly in this case.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on August 5, 2021, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Davina L Curry, Debtor's Counsel
    thecurrylawfirm@gmail.com

    Ann M. DeLaney, Chapter 13 Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on August 5, 2021, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    David Leigh Mountjoy, Debtor
    1236 Crabapple Road
    Franklin, IN 46131

                                    /s/ Molly Slutsky Simons
                                    Molly Slutsky Simons (OH 0083702)
                                    Attorney for Creditor